**Dennis Gale HUBBARD, Plaintiff—Appellant,**

v.

**State of WEST VIRGINIA; Mercer County Sheriff's Department; Bluefield, West Virginia Police Department; Mercer County Prosecuting Attorneys; Southern Regional Jail, Defendants—Appellees.**

No. 07–7354.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 25, 2008.

Dennis Gale Hubbard, Appellant Pro Se. Charles Patrick Houdyschell, Jr., West Virginia Division Of Corrections, Charleston, West Virginia; Duane J. Ruggier, II, Jennifer E. Tully, Pullin, Fowler & Flanagan, P.L.L.C., Charleston, West Virginia; Chad Marlo Cardinal, Assistant Attorney General, Charleston, West Virginia, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Gale Hubbard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hubbard v. West Virginia,* No. 1:06–cv–00610 (S.D.W.Va. Aug. 30, 2007). We deny Hubbard's motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*